### 12566.  SMITH v. THE STATE.

BROYLES, C. J.  1. Before one can lawfully be convicted of a violation of
the "labor-contract act" of 1903 (Penal Code of 1910, § 715), it must
be proved that at the time of the execution of the contract he had formed
the intent to defraud.  Proof of facts indicating that he formed a
fraudulent intent after the advances were made is not sufficient to au-
thorize a conviction.  *Redwine* v. *State,* 17 *Ga. App.* 560 (87 S. E. 829).

2. Under this ruling and the facts of the instant case, the conviction of
the accused was unauthorized by the evidence, and the court erred in
overruling the motion for a new trial.

> *Judgment reversed.  Luke and Bloodworth, JJ., concur.*
>                   DECIDED JULY 26, 1921.

Accusation of cheating, etc.; from city court of Morgan — Judge
E. L. Smith.  May 28, 1921.

*J. H. Dorsey, W. I. Geer,* for plaintiff in error.

*A. L. Miller, solicitor,* contra.